COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:     Tena Edwards-Sanders, Angelia Debose and Terry Mason v. Jinny Sample, Artist and Music Entertainment Group, John F. Kilgore, Hobby Center for the Performing Arts

Appellate case number:   01-15-01069-CV

Trial court case number:  2015-57413

Trial court:             164th District Court of Harris County

The appellate record was originally due in this appeal on February 12, 2016. The clerk's record was filed on March 2, 2016. On February 12, 2016, the court reporter advised this Court that appellants had not made arrangements to pay for the reporter's record. On February 17, 2016, we notified appellants that unless they provided, on or before March 18, 2016, proof from the court reporter that payment arrangements for the reporter's record had been made, we would decide those issues that do not require a reporter's record. Appellants did not provide the proof of payment for the reporter's record. Accordingly, the court will consider and decide those issues or points that do not require a reporter's record for a decision. *See* Tex. R. App. P. 37.3(c) (stating that, if clerk's record has been filed, appellate court may consider and decide those issues or points that do not require a reporter's record).

Appellants' brief must be filed **no later than 30 days after the date of this order**.

Appellees' brief will be due within 30 days after appellants' brief has been filed.

It is so ORDERED.

Judge's signature: /s/ Rebeca Huddle
                    ☒ Acting individually

Date: April 14, 2016